IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC | ) | |
| | ) | PENDING BEFORE THE UNITED |
| Plaintiff, | ) | STATES DISTRICT COURT FOR THE |
| | ) | WESTERN DISTRICT OF TEXAS |
| v. | ) | |
| | ) | |
| SALESFORCE, INC. | ) | C.A. Nos. 6:20-cv-1163 through -1172 |
| | ) | (ADA) |
| Defendant. | ) | |
| | ) | |
| SALESFORCE, INC. | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. _____ |
| | ) | |
| WSOU HOLDINGS, LLC and WSOU | ) | **REDACTED - PUBLIC VERSION** |
| CAPITAL PARTNERS LLC | ) | **Original Filing Date: January 20, 2023** |
| | ) | **Redacted Filing Date: January 24, 2023** |
| Third-Party Defendants. | ) | |

**DECLARATION OF JARED KNEITEL IN SUPPORT OF SALESFORCE, INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS *DUCES TECUM* AND *AD TESTIFICANDUM***

I, Jared Kneitel, declare as follows:

1. I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan LLP, counsel for Defendant/Third-Party Plaintiff Salesforce, Inc. ("Salesforce") in the above-referenced underlying matter—*i.e.*, *WSOU Investments, LLC v. Salesforce.com, Inc.*, Case Nos. 6:20-cv-01163 to -01172 (W.D. Tex.) (the "WSOU Patent Litigation").

2. I submit this declaration in support of Salesforce, Inc.'s Motion to Compel Compliance With Subpoenas *Duces Tecum* and *Ad Testificandum*. I have personal knowledge of the facts set forth in this declaration, and if called to testify as a witness, could and would do so competently.

3. Attached as Exhibit 1 is true and correct copy of a printout of a March 19, 2021 article posted on the Unified Patents website at https://www.unifiedpatents.com/insights/2021/3/18/a-year-of-wsou-craig-etchegoyens-post-uniloc-npe-files-nearly-200-cases and produced in the WSOU Patent Litigation with bates numbers SFDC01017944-7949.

4. Attached as Exhibit 2 is a true and correct copy of the transcript of the November 17, 2022 deposition of Stuart Shanus in the WSOU Patent Litigation.

5. Attached as Exhibit 3 is a true and correct copy of the transcript of the December 15, 2022 deposition of Craig Etchegoyen in the WSOU Patent Litigation.

6. Attached as Exhibit 4 is a true and correct copy of the Complaint filed in *Uniloc Licensing USA LLC v. Uniloc 2017 LLC*, Case No. 30-2022-01287254-CU-BC-CJC in the Superior Court of the State of California for Orange County on October 28, 2022.

7. Attached as Exhibit 5 is a true and correct copy of the Confidential Settlement and Patent License Agreement between (i) Uniloc Luxembourg S.A. and Uniloc USA, Inc. and (ii) Salesforce.com, Inc.

8. Attached as Exhibit 6 is a true and correct copy of the transcript of the December 21, 2022 discovery hearing in the WSOU Patent Litigation.

9. Attached as Exhibit 7 is a true and correct copy of the Articles of Incorporation of Orange Holdings.

10. Attached as Exhibit 8 is a true and correct copy of the Initial/Annual List of Officers, Directors and State Business License Application of Orange Holdings dated May 1, 2017.

11. Attached as Exhibit 9 is a true and correct copy of a December 6, 2022 printout of the Nevada Secretary of State website listing the officers of Orange Holdings as of May 29, 2019.

12. Attached as Exhibit 10 is a true and correct copy of a December 6, 2022 printout of the Nevada Secretary of State website listing the officers of Orange Holdings as of June 1, 2020.

13. Attached as Exhibit 11 is a true and correct copy of the Certificate of Reinstatement/Revival of Orange Holdings dated June 21, 2022.

14. Attached as Exhibit 12 is a true and correct copy of the WSOU Investments, LLC Operating Agreement.

15. Attached as Exhibit 13 is a true and correct copy of the WSOU Investments, LLC Amended and Restated Operating Agreement.

16. Attached as Exhibit 14 is a true and correct copy of the Second Amended and Restated Operating Agreement of WSOU Investments, LLC.

17. Attached as Exhibit 15 is a true and correct copy of the WSOU Holdings, LLC Amended and Restated Limited Liability Company Operating Agreement.

18. Attached as Exhibit 16 is a true and correct copy of the WSOU Holdings, LLC First Amendment to Amended and Restated Limited Liability Company Operating Agreement.

19. Attached as Exhibit 17 is a true and correct copy of the Amended Verified Complaint filed in *BP Terrier JV, LLC v. Shanus*, No. 2021-0624-MTZ in the Chancery Court of Delaware dated February 22, 2022.

20. Attached as Exhibit 18 is a true and correct copy of the WSOU Capital Partners, LLC Amended and Restated Operating Agreement.

21. Attached as Exhibit 19 is a true and correct copy of the WSOU Capital Partners, LLC Second Amended and Restated Operating Agreement.

22. Attached as Exhibit 20 is a true and correct copy of the October 6, 2022 subpoena for the production of documents and to testify at a deposition issued by Salesforce, Inc. to WSOU Holdings, LLC in the WSOU Patent Litigation.

23. Attached as Exhibit 21 is a true and correct copy of the proof of service dated October 11, 2022 of the subpoena issued by Salesforce, Inc. to WSOU Holdings, LLC in the WSOU Patent Litigation.

24. Attached as Exhibit 22 is a true and correct copy of the November 22, 2022 subpoena for the production of documents and to testify at a deposition issued by Salesforce, Inc. to WSOU Capital Partners, LLC in the WSOU Patent Litigation.

25. Attached as Exhibit 23 is a true and correct copy of the proof of service dated November 23, 2022 of the subpoena issued by Salesforce, Inc. to WSOU Capital Partners, LLC in the WSOU Patent Litigation.

26. Attached as Exhibit 24 is a true and correct copy of WSOU Holdings, LLC's responses and objections to the subpoena issued by Salesforce, Inc. dated October 19, 2022.

27. Attached as Exhibit 25 is a true and correct copy of WSOU Capital Partners, LLC's responses and objections to the subpoena issued by Salesforce, Inc. dated December 7, 2022.

28. Attached as Exhibit 26 is a true and correct copy of the email correspondence between counsel for Salesforce and counsel for Orange Holdings, WSOU Holdings, LLC, WSOU Capital, LLC and OCO Capital Partners LP ("Subpoenaed Parties") regarding Salesforce's subpoenas to the Subpoenaed Parties.

29. Attached as Exhibit 27 is a true and correct copy of the Sample Protective Order for Patent Cases pending before Judge Alan D. Albright of the United States District Court for the

Western District of Texas available at the following link: https://www.txwd.uscourts.gov/court-staff/u-s-district-judge-alan-albright/.

30. Attached as Exhibit 28 is a true and correct copy of the redacted discovery dispute chart relating to third party subpoenas over Salesforce's license defense submitted in the WSOU Patent Litigation. The discovery dispute chart was submitted with redactions to protect the confidentiality of information belonging to the WSOU Investments, LLC.

31. Attached as Exhibit 29 is a true and correct copy of the January 18, 2023 Order Regarding Discovery Disputes relating to the December 21, 2022 discovery hearing in the WSOU Patent Litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 20, 2023          /s/ *Jared Kneitel*
                                 Jared Kneitel