IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC, | ) PENDING BEFORE THE UNITED |
| | ) STATES DISTRICT COURT FOR THE |
| Plaintiff, | ) WESTERN DISTRICT OF TEXAS |
| | ) |
| v. | ) Civil Action Nos. 6:20-cv-1163 through - |
| | ) 1172 (ADA) |
| | ) |
| SALESFORCE, INC., | ) |
| | ) |
| Defendant. | ) |
| SALESFORCE, INC., | ) |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) Misc. No. 23-27-CFC |
| | ) |
| WSOU HOLDINGS, LLC and | ) |
| WSOU CAPITAL PARTNERS, LLC, | ) |
| | ) |
| Third-Party Defendants. | ) |

## ORDER

Having considered the parties' briefing and having discussed the matter with Judge Gilliland, the Court has determined that exceptional circumstances exist to transfer to the Western District of Texas under Federal Rule of Civil Procedure 45(f) Plaintiffs' motion to compel compliance with the subpoena *duces tecum* and subpoena *ad testificandum* served by Salesforce in the patent infringement actions

styled *WSOU Investments, LLC v. Salesforce, Inc.*, Case Nos. 6:20-cv-01163 to 01172 (ADA) (W.D. Tex.).

Now therefore, at Wilmington on this Eighth day of March in 2023, it is HEREBY ORDERED that the Clerk of the Court is directed to TRANSFER immediately this action to the United States District Court for the Western District of Texas.

_____
CHIEF JUDGE